

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |
|---|---|
| § | |
| § | No. 08-12-00179-CV |
| IN RE: VNA, INC. d/b/a VNA HOME HEALTHCARE OF EL PASO, § | AN ORIGINAL PROCEEDING |
| § | IN MANDAMUS |
| § | |
| § | |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Linda Y. Chew, Judge of the 327th District Court of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted. We therefore direct the trial court is ordered to vacate its discovery order, in accordance with the opinion of this Court. If writ of mandamus will issue should the trial court fail to comply.

IT IS SO ORDERED THIS 25TH DAY OF APRIL, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.